**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ASHFORD T. BOYLAND,                                                                                    PLAINTIFF
ADC #100868

v.                                            2:12-cv-00006-SWW-JJV

JARED BYERS; *et al.*                                                                                 DEFENDANTS

## **ORDER**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g).

DATED this 4th day of December, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE